UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Rory Waterman and Maniqua Tompkins,

                Plaintiffs,

-against-

Fourth Lennox Terrace Associates, et al.,

                Defendants.

25-cv-6151 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

    Defendant Fourth Lennox Terrace Associates filed a motion to dismiss on August 26, 2025, Dkt. 26, and a motion to strike on September 19, 2025. Dkt. 45. Under Local Rule 6.1(b) and the Court's individual rules, defendant is required to serve that motion and supporting papers on plaintiffs. To date, no proof of service has been provided. Fourth Lennox Terrace is ordered to serve these papers on plaintiffs and provide proof of service. If service has already been effectuated, then only proof of service is needed. Under Local Rule 6.1(b), the time for plaintiffs to respond begins at service and under the Court's individual rules "Submissions filed without proof of service that the pro se party was served will not be considered." Individual Practices in Civil Pro Se Cases, R. 4(C).

    SO ORDERED.

Dated: September 24, 2025
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge