UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rory Waterman and Marniqua Tompkins,<br><br>                              Plaintiffs,<br><br>        -against-<br><br>Fourth Lenox Terrace Associates LLC,<br><br>                              Defendant. | 25-CV-6151 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court denied plaintiffs' motion for injunctive relief on August 11, 2025. Dkt. 16. On August 12, 2025, plaintiffs filed an amended complaint, Dkt. 17, and also sought reconsideration of the Court's denial of injunctive relief, Dkt. 18. On August 22, the Court denied reconsideration in a detailed order. Dkt. 37. On August 26, 2025, defendant Fourth Lenox moved to dismiss the amended complaint. Dkt. 40. On September 4, 2025, in response to the motion, plaintiffs filed a second amended complaint. Dkt. 43. On September 19, 2025, Fourth Lenox moved to strike the second amended complaint as being filed in violation of Fed. R. Civ. P. 15(a). Dkt. 45. Plaintiffs have failed to respond either to the motion to dismiss the amended complaint, or the motion to strike the second amended complaint.

The motion to strike the second amended complaint is GRANTED. Plaintiffs' filing of that complaint without either defendant's consent or this Court's order plainly violated Fed. R. Civ. P. 15(a)(2). Given plaintiffs' *pro se* status, the Court will afford plaintiffs the opportunity to respond by February 3, 2026, to Fourth Lenox's motion to dismiss the amended complaint. But this is the last chance. If no response to the motion is filed by that date, the Court will deem plaintiffs to have abandoned this case, and will close this action without any further warning.

The Clerk of Court is respectfully directed to close Dkt. 45.

        SO ORDERED.

Dated:  January 21, 2026
        New York, New York

_____
        ARUN SUBRAMANIAN
        United States District Judge