**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
RORY WATERMAN AND MARNIQUA
TOMPKINS,,

                           Plaintiffs,

          -against-

FOURTH LENOX TERRACE ASSOCIATES LLC
ET AL.,

                           Defendants.
----------------------------------------------------------------X

25 **CIVIL** 6151 (AS)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 2, 2026, Court GRANTS defendant Fourth Lenox Terrace Associates' motion to dismiss with prejudice because plaintiffs have already had the opportunity to amend their complaint, which could have also been dismissed on a number of other grounds, like res judicata. The Court also sua sponte dismisses the claims against all other defendants with prejudice. Plaintiffs have already had a chance to amend their complaint after the Court previewed its reasoning earlier-and then they had the opportunity to respond to the Court's reasoning in the subsequent briefing. At this point "[r]epleading would be futile because there is no indication that "a chance to reframe" would cure the complaint's substantive deficiencies." Moussa, 2026 100313, at *1. The Court DENIES Fourth Lenox's motion for Rule 11 sanctions against plaintiffs. Accordingly, the case is closed.

**Dated:** New York, New York

      March 5, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**